MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
Attorney for Defendants
State of New Jersey, Jenna Ventola
Essex County Prosecutor's Office,
and Justin Edwab

By:  Adam Robert Gibbons
     Deputy Attorney General
     (609) 376-2964
     adam.gibbons@law.njoag.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| CLAYTON HOWARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEW JERSEY, ESSEX COUNTY PROSECUTOR'S OFFICE, JENNA VENTOLA, JUSTIN EDWAB,<br><br>　　　　　Defendants. | Civil Action No.:<br><br>**NOTICE OF REMOVAL** |

TO:  Clerk of the Court
     Martin Luther King Building & U.S. Courthouse
     50 Walnut Street, Room 4015
     Newark, NJ 07101

     Clayton Howard
     24 Orchard Street
     Carteret, NJ 07008

Defendants State of New Jersey, Essex County Prosecutor's Office, Jenna Ventola and Justin Edwab (hereinafter "Defendants"), pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby remove this

action pending in the Superior Court of the State of New Jersey, Essex County, bearing Docket Number ESX-L-2230-24, to the United States District Court for the District of New Jersey. As grounds for removal, Defendants state the following:

1. <u>Complaint</u>: On March 27, 2024, Plaintiff Clayton Howard ("Plaintiff") filed a Complaint and Jury Demand (the "Complaint") in the Superior Court of New Jersey, Essex County, against Defendants. A true and correct copy of the Complaint is attached hereto as **Exhibit A**. On April 14, 2024, Plaintiff filed an Amended Complaint, attached hereto as **Exhibit B**.

2. The Complaint alleges violation Plaintiff's civil rights pursuant to 42 U.S.C. § 1983.

3. Specifically, Plaintiff alleges, *inter alia*, that the Essex County Prosecutor's Office, and its employees, failed to take action against Francyna Evinso, his ex-girlfriend, who has incessantly engaged in the harassment, intimidation and cyber bullying of the Plaintiff.

4. <u>Other State Court Filings</u>: On May 17, 2024, Plaintiff filed a document titled Order to Show Cause. However, this motion was withdrawn and denied as moot by the court on June 5, 2024. See **Exhibit D** attached hereto. On June 21, 2024, Plaintiff filed a motion for discovery, attached hereto as **Exhibit E**.

5. <u>Basis for Jurisdiction in this Court</u>: The basis for jurisdiction in this Court is federal question jurisdiction

pursuant to 28 U.S.C. § 1331.  Plaintiff has asserted claims under United States statutes. *Ibid.*

6. <u>Timeliness of Removal</u>: Copies of the Summons and Complaint were served upon Defendants on June 10, 2024. A true and correct copy of the Summons is attached hereto as **Exhibit C**. Accordingly, this Notice of Removal is timely filed pursuant 28 U.S.C. § 1446(b) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…."). Plaintiff's Amended Complaint does not name any other defendants.

4. <u>Notice to be Given</u>:  In accordance with 28 U.S.C. § 1446(d), Defendants will give written notice of the filing of this Notice of Removal to all parties, and will file a copy of this Notice with the Clerk of the Superior Court of New Jersey, Law Division, Essex County.

**WHEREFORE,** Defendants respectfully requests that this action be removed from the Superior Court of New Jersey, Law Division, Essex County, New Jersey, that the United States District Court, District of New Jersey exercise jurisdiction over this matter, and that this Court grant any and all other appropriate relief as the Court deems just and proper.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: */s/ Adam Robert Gibbons*
Adam Robert Gibbons
Deputy Attorney General

Dated: July 10, 2024